RECEIVED

JUN 1 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

Lisa G. Boey )
**NAME OF THE PLAINTIFF** )
)
)
- vs - )
)
Bed Bath Beyond )  Case No.
)
)
)
)
)  JURY TRIAL DEMANDED
)
)  YES___  NO ✓
)
**NAME OF THE DEFENDANT OR** )
**DEFENDANTS** (Enter above the full name(s) of )
ALL defendant(s) in this lawsuit. Please )
attach additional sheets if necessary. )

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.  This employment discrimination lawsuit is based on (check only those that apply):

✓ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

____ American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability. **NOTE**: *In order to bring suit in federal district court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

✓ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

___ Other (Describe)

_____

_____

_____

## PARTIES

2. Plaintiff's name: Lisa Gay Boey

   Plaintiff's address: 2905 Madison Ave Apt A rear
   Street address or P.O. Box

   Granite City Illinois, 62040
   City/ County/ State/Zip Code

   314-583-5329
   Area code and telephone number

3. Defendant's name: Jill Hotzman

   Defendant's address: 700 Liberty Ave
   Street address or P.O. Box

   Union, NJ 07063
   City/County/State/ Zip Code
   618-398-6330

   Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

2

4. If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

<u>611 North Illinois St. Fairview Heights IL 62208</u>
(Street Address)    (City/County)    (State)   (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

<u>6-01-2015 - 10-01-2015</u>

### ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

✓ Yes  Date filed: <u>3-11-2016</u>

___ No

7. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

✓ Yes  Date filed: <u>3-11-2016</u>

___ No

8. Have you received a Notice of Right-to-Sue Letter?

✓ Yes           ___ No

If yes, please attach a copy of the letter to this complaint.

9. If you are claiming age discrimination, check one of the following:

✓ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

___ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## SUBSEQUENT FILINGS

### Certificate of Service
To file a motion, pleading or other paper, you must submit the original document to the Court Clerk. The original document must include a certificate of service which should be in following form:

---

**Certificate of Service**

I hereby certify that a copy of the foregoing was mailed to __Bed Bath Beyond__ at __700 liberty Ave, Union, NJ 07083__
   [Opposing Party or Counsel]        [Address]
on __May 25__, 20__17__.                          _(signature)_
   [Date]                              [Your Signature]

---

Any pleading or document received by the court that fails to include a certificate of service may be returned. In addition to filing the original document with the court, you must mail a copy of each document to all other parties, or if they have counsel, to their attorney(s).

### Motions Filed By Other Parties
If you do not timely respond to a motion filed by another party, you may waive your right to challenge the subject matter of the motion. Applicable time periods are set forth in the Federal Rules of Civil Procedure and the Court's Local Rules.

### Letters to the Court
It is improper to send letters directly to district or magistrates judges regarding cases pending before them. All correspondence should be forwarded to the Clerk of Court. Copies of correspondence should also be sent to all other parties, or if they have counsel, to their attorney(s).

## MAILING
All correspondence, fees, legal documents, etc. should be brought or mailed to the following address:

        Clerk of Court
        United States District Court
        Eastern District of Missouri
        111 S. Tenth Street, Suite 3.300
        St. Louis, MO  63102

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

    ____ failure to hire me

    ✓ termination of my employment

    ✓ failure to promote me

    ✓ failure to accommodate my disability

    ____ terms and conditions of my employment differ from those of similar employees

    ✓ retaliation

    ____ harassment

    ____ other conduct (specify): Fail to give me a revaluation on my performance, accomodation behalf of my Congeslive Heart failure. I had out patient surgery the doctor inserted a stint into my growing on the rightside

    Did you complain about this same conduct in your charge of discrimination?

    ✓ Yes        ____ No

4

11.  I believe that I was discriminated against because of my (check all that apply):

\_\_\_\_ race

\_\_\_\_ religion

\_\_\_\_ national origin

\_\_\_\_ color

\_\_\_\_ gender

✓ disability

✓ age (my birth date is: 48 )

\_\_\_\_ other: _____

Did you state the same reason(s) in your charge of discrimination?

✓ Yes          \_\_\_\_ No

12.  State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

Refer to next page

5

5/18/2017

Lisa Boey

2905 Madison Ave A rear

Granite City, Illinois 62040

LisaBoey68@gmail.Com

314-583-5329

To Whom It May Concern I am in a financial hardship I cannot pay the 400.00 regarding fees to file notice of suit.

1. The American with Disabilities (ADA) Rights under Amendment Act of 2008

Limitation from low vision, major depression epilepsy, breathing problems heart disease

2. Equal Pay Act Age 47 years of age Discrimination of Employment and the American disabilities Act,

3. Retaliation for filing a complaint   civil rights act of 1964 contacting the U. S. Equal Employment Opportunity Commission.

Thank You

Lisa Boey

CC: Lisa Boey

CC: United District Court Eastern District of Missouri Division

13. The acts set forth in paragraph 12 of this complaint:

\_\_\_\_\_ are still being committed by the defendant.

\_\_\_\_\_ are no longer being committed by the defendant.

\_\_\_\_\_ may still be being committed by the defendant.

### REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

~~I had a request for~~ (13)
Asking for Compensatory damey resulting in negligence, a fail to

Signed this 25 day of May, 2017.

Signature of Plaintiff

7