

Patient Eyeglass Prescription Information

**Alton**
406 E. Broadway
Alton, IL 620022417
Phone:  (618) 462-7611
Fax:    (314) 231-4774

Name:   Lisa Boey
        2905 Apt A Rear Madison Ave
        Granite City, IL 62040

Date of EG Exam: 05/26/2017

Eyeglass Rx Type    Multifocal

Prescription Expiration Date:    05/26/2018

| | Sphere | Cyl | Axis | Add | Prism / Dir | Prism / Dir | Slab off | Balanced |
|---|---|---|---|---|---|---|---|---|
| Right (OD) | +2.75 | -0.50 | 090 | 1.75 | | | | |
| Left (OS)  | +3.50 | -0.50 | 090 | 1.75 | | | | |

450
525

I have examined your eyes in accordance with current regulations.

_____                 ___Christina Levi___
Doctor Signature                                Doctor Name