

## OSF HEALTHCARE

**This document is designed to facilitate the continuity of patient care between organizations.**

**Boey, Lisa G**
5/22/2017 10:59 AM   ED to Hosp-Admission
MRN: 06561926

Description: **Female DOB:** ▮▮▮/1968
Department: **SAHC Medical 2 West**
Dept Phone: **618-465-2571**

### Patient Information

| Patient Name | Sex | DOB |
|---|---|---|
| Boey, Lisa G | Female | ▮▮▮1968 |

### Patient Demographics

| Address | Phone | E-mail Address |
|---|---|---|
| 2905 Madison Ave<br>GRANITE CITY IL 62040 | 314-583-5329 (Home)<br>*Preferred* | patientrefused@email.com |

### Basic Information

| Date Of Birth | Sex | Race | Ethnicity | Preferred Language |
|---|---|---|---|---|
| ▮▮▮1968 | Female | Black or African American | Not Hispanic or Latino | English |

### Patient Care Team

| | Relationship | Specialty | Notifications | Start | End |
|---|---|---|---|---|---|
| **Provider, None** | PCP - General | | | 5/22/17 | |

### Problem List

| | Noted |
|---|---|
| **Chest pain** | 5/22/2017 |
| **Diabetes mellitus, without long-term current use of insulin (<HCC>)** | 5/22/2017 |
| **HTN (hypertension) (Chronic)** | 5/22/2017 |
| **Obesity (BMI 30-39.9)** | 5/22/2017 |

### Current Medications

| | sig |
|---|---|
| **aspirin 325 MG Tablet** | Take 325 mg by mouth daily. |
| **buPROPion SR (WELLBUTRIN SR) 150 MG TABLET SR 12 HR** | Take 150 mg by mouth daily. |
| **citalopram (CELEXA) 20 MG Tablet** | Take 40 mg by mouth daily. |
| **Diclofenac Sodium (PENNSAID) 2 % Solution** | by Transdermal route 2 times daily. |

### Allergies
No Known Allergies

### Immunizations
No immunizations on file.

### Social History

| Category | History |
|---|---|
| Smoking Tobacco Use | Never Smoker |
| Smokeless Tobacco Use | Unknown |
| Tobacco Comment | |